# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

WANDA HARKINS,

Appellant,

v.

FINICKY WINDOW CLEANING, INC. and ST. JOSEPH'S
HOSPITAL, INC. d/b/a St. Joseph's Women's Hospital,

Appellees.

No. 2D2025-2516

————————————————

June 5, 2026

Appeal from the Circuit Court for Hillsborough County; Cynthia Oster,
Judge.

Bruce Culpepper of Culpepper Kurland, PLLC, Tampa, for Appellant.

Dyana Sisti of Reynolds, Parrino & Shadwick, P.A., St. Petersburg, for
Appellee Finicky Window Cleaning, Inc.

Jason M. Azzarone and Jonathan Ficarrotta of La Cava Jacobson &
Goodis, P.A. n/k/a La Cava Jacobson, P.A., Tampa, for Appellee St.
Joseph's Hospital, Inc.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.